```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Richard L. Stebbins

                      v.                    Civil No. 14-cv-302-LM

Merrimack County Department of
Corrections, Superintendent et al


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 31, 2014.

    SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States District Judge

Date: November 13, 2014

cc: Richard L. Stebbins, pro se